# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2018

156830-1

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

JEANNE HARRISON,
   Plaintiff-Appellant,

v

MUNSON HEALTHCARE, INC.,
   Defendant-Appellee,
and

SURGICAL ASSOCIATES OF TRAVERSE
CITY, P.L.L.C., WILLIAM P. POTTHOFF,
M.D., and CINDY GILLIAN, R.N.,
   Defendants,
_____/

SC: 156830
COA: 331957
Grand Traverse CC:
  2009-027611-NH

JEANNE HARRISON,
   Plaintiff-Appellant,

v

MUNSON HEALTHCARE, INC.,
SURGICAL ASSOCIATES OF TRAVERSE
CITY, P.L.L.C., WILLIAM P. POTTHOFF,
M.D., and CINDY GILLIAN, R.N.,
   Defendants,
and

THOMAS R. HALL,
   Appellee.
_____/

SC: 156831
COA: 332017
Grand Traverse CC:
  2009-027611-NH

   On order of the Court, the application for leave to appeal the October 19, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2018



Clerk

s0620